# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CLARENCE FROST and TAMMY FROST, individually and on behalf of all others similarly situated, | Case No. 24-cv-3820 (LMP/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BATH & BODY WORKS, INC., | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal ("Stipulation"), ECF. No. 8. Based on the parties' Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITH PREJUDICE** with each party bearing its own costs and fees.

Dated: November 18, 2024

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge